# STATE OF MICHIGAN

# COURT OF APPEALS

LAKE BLUFF MOTEL, INC.,

        Plaintiff-Appellee,

v

SOUTH HAVEN CHARTER TOWNSHIP,

        Defendant-Appellant.

UNPUBLISHED
November 19, 2015

No. 323766
Van Buren Circuit Court
LC No. 13-630788-CZ

Before: TALBOT, C.J., and K. F. KELLY and SERVITTO, JJ.

K. F. KELLY, J. (*concurring*).

    I concur in the result only.

                                      /s/ Kirsten Frank Kelly

-1-